## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CIVIL ACTION NO. 4:23cv54-DMB-DAS

REGGIE BURL                                                          DEFENDANT

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Reggie

Burl.  Based on the certified financial information provided by Defendant, and in

recognition of his cooperation with the United States' investigation, the parties stipulate

and consent to the entry of judgment in favor of the United States of America against

Defendant Reggie Burl in the sum of $22,982.00, which specifically includes $20,080.00 for

the Payroll Protection Program loan; $2,500.00 for bank processing fees; and $402.00 for

the court filing fee.  Post judgment interest shall accrue at the legal rate pursuant to 28

U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full,

but without costs to either party.  Defendant Reggie Burl agrees that the sum owed,

$22,580.00, plus interest, is due and payable in full immediately.  Defendant also agrees to

pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as

Defendant Reggie Burl pays to the Department of Justice, through the United States

Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum

monthly payment each and every month until this judgment is satisfied.  The amount of

this payment shall be subject to review and modification not less than annually.  This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to

Defendant Reggie Burl will be credited to his outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the ___1st___ day of ~~March~~ May, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

_____
Clay Joyner
United States Attorney

John E. Gough, Jr. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Reggie Burl – *Pro se* defendant